AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the
### District of Massachusetts

| | | |
|---|---|---|
| United States of America<br>v.<br><br>ALEXANDRE KAWAMURA | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No.<br><br>18-MJ-2197-MBB |
| _____<br>*Defendant(s)* | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____March 9, 2018_____ in the county of _____Middlesex_____ in the
_____ District of ____Massachusetts____ , the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 18 USC 1029(a)(4) | Knowingly and with intent to defraud had control and custody of, and possessed, device-making equipment. |

This criminal complaint is based on these facts:

See attached Affidavit of FBI Special Agent Jason D. Costello

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Jason D. Costello, Special Agent, FBI
_____
*Printed name and title*

Sworn to before me and signed in my presence.

Date: _____03/28/2018_____

_____
*Judge's signature*

City and state: _____Boston, Massachusetts_____

Marianne B. Bowler, U.S. Magistrate Judge
_____
*Printed name and title*