No. 18-MJ-2197-MBB

## AFFIDAVIT OF SPECIAL AGENT JASON D. COSTELLO IN SUPPORT OF AN APPLICATION FOR A CRIMINAL COMPLAINT

I, Jason D. Costello, state:

### Introduction and Agent Background

1.      I am a Special Agent with the Federal Bureau of Investigation ("FBI"). I joined the FBI in July 2004. From December 2004 through July 2010, I was assigned to the Violent Crimes Task Force of the FBI's Boston Division at Boston, Massachusetts. Since August 2010, I have been assigned to the Organized Crime Task Force of the FBI's Boston Division.

2.      In addition to my 17 weeks of basic investigative training at the FBI Academy in Quantico, Virginia, I have received training on investigating technology-based and cyber-based crimes. I have participated in yearly computer-based training on basic cybercrime topics and basic cellular technology exploitation; attended in-service trainings on advanced cellular technology exploitation; attended both domestic and international conferences on Balkan-based organized crime and the various technology-based and cyber-based crimes attributable to those groups, including ATM skimming; and participated in various working groups aimed at developing strategies to combat such crimes.

### Purpose of the Affidavit

3.      I am submitting this affidavit in support of an application for a criminal complaint charging Alexandre Kawamura ("KAWAMURA") with possession of device-making equipment, in violation of 18 U.S.C. § 1029(a)(4) (the "Target Offense").

4.      The facts in this affidavit come from my personal observations and review of records, my training and experience, and information obtained from other investigators and witnesses. This affidavit is intended to show merely that there is sufficient probable cause for the issuance of the requested complaint and does not set forth all of my knowledge about this matter.

**Background**

5.      ATM skimming is described as surreptitiously obtaining the debit card numbers and corresponding personal identification numbers (PINs) of unsuspecting bank customers using an ATM and thereafter making unauthorized withdrawals from those customers' accounts.

6.      ATM skimming typically takes place in three stages. In the first stage, the fraudsters acquire the account information and PINs of customers' accounts through the use of "skimming devices." Skimming devices often consist of two parts, one to record the account information contained in the magnetic strip of a card and the other to record the user's PIN. The former is made to look like a legitimate card access slot and does not interfere with the card access functions. The latter is usually a separate pinhole camera device that is discreetly hidden on the ATM or near it in a location from which the customer's input on the ATM keyboard can be observed. Each piece of information is stored on the separate part that recorded it; the information is typically downloaded to a computer and combined. Such "skimming devices" constitute device-making equipment. *See* 18 U.S.C. § 1029(e)(6).

7.      In the second stage, the fraudsters create "cloned cards" by encoding the customer account information obtained by the skimming device onto blank plastic cards such as gift cards or hotel key cards. To obtain the corresponding PIN for each stolen account, the video from the pinhole camera must be viewed to see the account holder enter the PIN digits on the ATM keypad.

8.      In the third stage, the fraudsters use the cloned cards and the account owners' PINs to withdraw money, typically the maximum withdrawal amount, from the account owners' accounts. This stage is also known as "cashing out."

9.      This affidavit concerns KAWAMURA's installation and removal of skimming devices on Eastern Bank ATM machines in Saugus, Stoneham, and Medford, Massachusetts, between

February 24 and March 16, 2018.

### Probable Cause to Believe That KAWAMURA Committed the Target Offense

#### *The Saugus ATM*

10.     Shortly after 4:00 p.m. on March 1, 2018, staff at the Eastern Bank branch location at 605 Broadway in Saugus contacted the Saugus Police Department to report the discovery of a suspected skimming device attached to the card access slot of the bank's drive-up ATM (the "Saugus ATM"). Saugus Police detectives responded and removed the suspected skimming device. Eastern Bank disabled the Saugus ATM pending further investigation. Saugus Police detectives contacted me to report the discovery and removal of the suspected skimming device.

11.     I viewed the device and determined, based on my familiarity with skimming devices from prior investigations, my training, and my conversations with other investigators familiar with such devices, that it was, in fact, the card reader portion of a skimming device. The device had been attached to the Saugus ATM with double-sided tape, was painted and shaped to blend into the ATM's legitimate card access slot in order to avoid detection, appeared to have a card reader component, and had an attachment point for a computer cable commonly used to both charge and download stolen data stored on such a device.

12.     I went to the Saugus ATM at approximately 8:00 pm on March 1, 2018, to search for the pinhole camera portion of the skimming device. I did not find it. I did, however, observe what appeared to be recent scratches in the ATM's paint in or near a slightly recessed rectangular area that ran across the top of the ATM. I compared my findings to photographs of the ATM taken by Saugus Police detectives earlier in the day. The photographs showed this rectangular area to be protruding, rather than recessed. Based on my familiarity with skimming devices, it is my belief that this protrusion in the photographs was the pinhole camera portion of the skimming device, having been

designed to blend into the façade of the ATM, positioned above the ATM's PIN pad, and likely attached with double-sided tape. I believe that the fraudster returned to the Saugus ATM and removed the camera portion of the skimming device sometime between the recovery of the card reader portion by Saugus Police and my arrival.

13.    Eastern Bank corporate security personnel reviewed the Saugus ATM's security video for March 1, 2018. Their review showed that at approximately 6:18 p.m., a vehicle operated by a man pulled up to the ATM. The man looked at the ATM and on the ground below the ATM as if searching for something. He then held up a smartphone and appeared to take a picture of the ATM and departed. The man returned to the ATM approximately 40 minutes later. He reached up and used a butter knife to remove an object from the upper portion of the ATM where I observed scratches a short time later. The object that the man removed was consistent in size with this rectangular area and appeared to be the pinhole camera portion of the skimming device.

14.    A more extensive review of the Saugus ATM's security video and transaction logs shows that a man matching the appearance of the suspect in the vehicle appeared to install both the card reader portion and the pinhole camera portion of a skimming device on the Saugus ATM on February 24, 2018. The man returned at least once per day on each subsequent day and appeared to either check on the skimming device or switch out the card reader portion and/or the pinhole camera portion of the device.[1] On several of these visits the man wore a distinctive green baseball cap with two black chevrons. On many of these occasions the man inserted the same debit or credit card into

---

[1] Skimming devices are limited by both battery life and data storage capacity. Fraudsters will sometimes install and remove devices from an ATM in a single day, download and recharge them, and then redeploy them the next day. Fraudsters with multiple sets of devices will sometimes remove a device and install a fresh one at the same time, keeping the skimming operation going continuously.

the ATM, as indicated by corresponding transaction logs. From my training and experience, fraudsters often insert a card after installing a skimming device to ensure that the device is installed properly and does not interfere with the normal functioning of the ATM. A secondary purpose is to aid in the pairing of stolen card data with PINs observed by the camera device, as the fraudster will enter a "dummy" PIN to go along with the card entry now captured on the skimming device. Investigators sometimes refer to this as using a synchronization or "synch" card. Often synch cards are previously cloned cards.

### The Stoneham ATM

15.     At approximately 7:40 p.m. on March 16, 2018, a bank customer called Stoneham Police to report that he had found and removed a suspected skimming device from the drive-up ATM located at the Eastern Bank branch at 163 Main Street in Stoneham (the "Stoneham ATM"). Stoneham Police responded, took custody of the device, and contacted Eastern Bank staff. Eastern Bank disabled the ATM pending further investigation.

16.     Eastern Bank corporate security personnel notified me of the suspected skimming device. Based on Stoneham Police photographs of the device, it appeared identical to the card reader portion of the skimming device found on the Saugus ATM. As with the Saugus incident, the pinhole camera portion of the skimming device had not been detected or recovered by bank staff or detectives. I asked Stoneham Police to return to the Stoneham ATM and look for the pinhole camera portion of the skimming device. Soon thereafter Stoneham Police located the pinhole camera still attached to the Stoneham ATM.

17.     Stoneham Police then set up surveillance of the Stoneham ATM while Eastern Bank security personnel monitored the ATM's security video. At approximately 10:45 p.m., police observed a blue Kia Optima bearing New Jersey license plate E69HYE. The driver appeared to be

5

alone in the car. He was wearing a baseball cap. Eastern Bank corporate security personnel informed Stoneham Police that the driver matched the appearance of the man who had installed and removed skimming devices at the Saugus ATM. The man appeared to look at the Stoneham ATM for the skimming device (which had been removed) and then at the ground below the ATM. The man did not place a card into the ATM as a customer would be expected to. The man then drove away from the ATM and out of the parking lot.

### KAWAMURA's Arrest

18. Stoneham Police stopped the car a short distance away. They asked the driver for a license and registration, which he was unable to provide. For identification, the man gave police a Brazilian passport identifying him as Alexandre Kawamura, date of birth xx/xx/1975. The car was a rental vehicle rented under the name "Alex Justo."

19. Stoneham Police arrested KAWAMURA for unlicensed operation of a motor vehicle (and later added larceny charges). Fingerprints taken during booking confirmed KAWAMURA's identity based on his visa used for entry into the United States from Brazil in November 2017. Credit cards located in KAWAMURA's wallet were in his name except for one card in the name of "Alex C. Justo."

20. When he was arrested KAWAMURA was wearing a green baseball cap with two black chevrons, which matches the hat worn by the Saugus ATM suspect. I have compared an arrest photograph of KAWAMURA with the man who was observed on security video installing and removing skimming devices at the Saugus ATM, and they appear to be the same person.

21. Eastern Bank corporate security personnel reviewed the Stoneham ATM's security video. Their review shows a man matching KAWAMURA's appearance installing a skimming device on the Stoneham ATM on March 9, 2018. He returned each subsequent day and appeared to either

check on the skimming device or switch out the card reader portion and/or the pinhole camera portion of the device. On March 9, 2018, the suspect used a "synch card" during installation of the skimming device.

### *The Medford ATM*

22.    Eastern Bank determined that the synch card used by KAWAMURA on March 9, 2018, in the Stoneham ATM was used approximately two hours earlier that same day in the drive-up Eastern Bank ATM at 53 Locust Street in Medford (the "Medford ATM"). Review of the Medford ATM security video show a man matching KAWAMURA's appearance installing a skimming device on the Medford ATM on March 9, 2018, and returning on each subsequent day to either check on the skimming device or switch out the card reader portion and/or the pinhole camera portion of the device. The security video shows this man removing the skimming device on March 15, 2018.

### Conclusion

23.    Based on the information described above, I have probable cause to believe that, on or about March 9, 2018, ALEXANDRE KAWAMURA, knowingly and with intent to defraud, had control and custody of, and possessed, device-making equipment at Medford, Massachusetts, in violation of 18 U.S.C. § 1029(a)(4).

Sworn to under the pains and penalties of perjury.

JASON D. COSTELLO
Special Agent
Federal Bureau of Investigation

Subscribed and sworn to before me on March 28, 2018.

HON. MARIANNE B. BOWLER
United States Magistrate Judge

7