UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Criminal No. 18-10107 |
| | ) | |
| | ) | VIOLATIONS: |
| v. | ) | |
| | ) | **Counts One –Two**: |
| | ) | 18 U.S.C. § 1029(a)(1) |
| ALEXANDRE KAWAMURA, | ) | Using a Counterfeit Access Device |
| | ) | |
| Defendant. | ) | **Counts Three – Six:** |
| | ) | 18 U.S.C. § 1029(a)(4) |
| | ) | Possession of Device-Making Equipment |
| | ) | |
| | ) | **Counts Seven – Eight:** |
| | ) | 18 U.S.C. § 1028A |
| | ) | Aggravated Identity Theft |
| | ) | |
| | ) | 18 U.S.C. §§ 982(a) and 1029(c) |
| | ) | Criminal Forfeiture Allegations |

## INDICTMENT

### COUNT ONE: 18 U.S.C. § 1029(a)(1)
### (Using a Counterfeit Access Device)

The Grand Jury charges that:

On or about March 8, 2018, in Malden, in the District of Massachusetts,

ALEXANDRE KAWAMURA,

defendant herein, knowingly and with intent to defraud, did use one and more counterfeit access

devices, that is, a counterfeit debit card containing the bank account information of victim B.P.,

as defined in 18 U.S.C. § 1029(e)(1) and (2), and did so in a manner affecting interstate and

foreign commerce.

All in violation of Title 18, United States Code, Section 1029(a)(1).

## COUNT TWO: 18 U.S.C. § 1029(a)(1)
### (Using a Counterfeit Access Device)

The Grand Jury further charges that:

On or about March 16, 2018, in Medford, in the District of Massachusetts,

## ALEXANDRE KAWAMURA,

defendant herein, knowingly and with intent to defraud, did use one and more counterfeit access

devices, that is, a counterfeit credit card containing the bank account information of victim J.S.,

as defined in 18 U.S.C. § 1029(e)(1) and (2), and did so in a manner affecting interstate and

foreign commerce.

All in violation of Title 18, United States Code, Section 1029(a)(1).

2

## COUNTS THREE THROUGH SIX: 18 U.S.C. § 1029(a)(4)
### (Possession of Device-Making Equipment)

The Grand Jury further charges that:

On or about the following dates, in the District of Massachusetts,

### ALEXANDRE KAWAMURA,

defendant herein, knowingly and with intent to defraud, had control and custody of, and

possessed device-making equipment as defined in 18 U.S.C. § 1029(e)(6), to wit, skimming

devices and pinhole cameras, and did so in a manner affecting interstate and foreign commerce,

as follows:

| Count | Date | Location |
|-------|------|----------|
| 3 | 2/26/18 | Eastern Bank, Broadway, Saugus, MA |
| 4 | 2/27/18 | Eastern Bank, Broadway, Saugus, MA |
| 5 | 3/1/18 | Eastern Bank, Broadway, Saugus, MA |
| 6 | 3/9/18 | Eastern Bank, Locust Street, Medford, MA |

All in violation of Title 18, United States Code, Section 1029(a)(4).

3

## COUNT SEVEN: 18 U.S.C. § 1028A(a)(1)
### (Aggravated Identity Theft)

The Grand Jury further charges that:

On or about March 8, 2018, in Malden, in the District of Massachusetts,

### ALEXANDRE KAWAMURA,

defendant herein, did knowingly possess and use, without lawful authority, a means of identification of another person during and in relation to a felony violation enumerated in 18 U.S.C. § 1028A(c), to wit, use of a counterfeit access device, in violation of 18 U.S.C. § 1029(a)(1), as charged in Count One.

All in violation of Title 18, United States Code, Section 1028A(a)(1).

4

## COUNT EIGHT: 18 U.S.C. § 1028A(a)(1)
### (Aggravated Identity Theft)

The Grand Jury further charges that:

On or about March 16, 2018, in Medford, in the District of Massachusetts,

### ALEXANDRE KAWAMURA,

defendant herein, did knowingly possess and use, without lawful authority, a means of identification of another person during and in relation to a felony violation enumerated in 18 U.S.C. § 1028A(c), to wit, use of a counterfeit access device in violation of 18 U.S.C. § 1029(a)(1), as charged in Count Two.

All in violation of Title 18, United States Code, Section 1028A(a)(1).

## ACCESS DEVICE FORFEITURE ALLEGATIONS
18 U.S.C. §§ 982(a) and 1029(c)

1. Upon conviction of one or more of the offenses in violation of 18 U.S.C. § 1029, set forth in Counts One through Six of this Indictment,

ALEXANDRE KAWAMURA,

defendant herein, shall forfeit to the United States, pursuant to 18 U.S.C. § 982(a)(2)(B), any property constituting, or derived from, proceeds obtained, directly or indirectly, as a result of such violation and, pursuant to 18 U.S.C. § 1029(c)(1)(C), any personal property used or intended to be used to commit the offense.

2. If any of the property described above, as a result of any act or omission of the defendant:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third party;

    c. has been placed beyond the jurisdiction of this court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property which cannot be divided without difficulty,

the United States intends to forfeit substitute property pursuant to 21 U.S.C. § 853(p), as incorporated by 18 U.S.C. §§ 982(b)(1) and 1029(c)(2).

All pursuant to Title 18, United States Code, Sections 982(b)(1) and 1029(c)(2).

6

A TRUE BILL

_____
FOREPERSON OF THE GRAND JURY

Christine J. Wichers
Assistant U.S. Attorney

DISTRICT OF MASSACHUSETTS; April 19, 2018

Returned into the District Court by the Grand Jurors and filed.

DEPUTY CLERK
4/19/18 @ 1:40pm

7